FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -2  AM 7: 56

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DUCOTE JAX HOLDINGS, L.L.C., | * | |
| | * | **CIVIL ACTION** |
| **Plaintiff,** | * | **NO. 04-1943** |
| | * | **c/w  04-3518** |
| versus | * | |
| | * | **SECTION "L"** |
| BANK ONE CORPORATION, et al., | * | **Judge Eldon Fallon** |
| | * | |
| **Defendants.** | * | **MAGISTRATE DIVISION 2** |
| | * | **Mag. Judge Joseph Wilkinson, Jr.** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| THIS PLEADING RELATES TO CIVIL | * |
| ACTION NO. 04-3518: *DUCOTE JAX* | * |
| *HOLDINGS, L.L.C. v. JENKENS & GILCHRIST,* | * |
| *A PROFESSIONAL CORPORATION* | * |
| *(A TEXAS PROFESSIONAL CORPORATION),* | * |
| *ET AL* | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Ducote Jax Holdings,

L.L.C., for the purpose of amending and supplementing the Complaint in this matter as follows:

BY ADDING PLAINTIFFS AS FOLLOWS:

1a.    Plaintiff Poydras Partners, a partnership formed under the laws of the State of Louisiana, with

its principal place of business located in this District.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No _____
```

1b.     Plaintiff David L. Ducote, Trustee, is a resident of the Parish of Orleans, State of Louisiana,

and brings this suit on behalf of the Ducote Class Trust, a trust formed under the laws of the State

of Louisiana.

1c.     Plaintiff Steven O. Medo, Jr., Trustee, is a resident of the Parish of Orleans, State of

Louisiana, and brings this suit on behalf of The Chapman Charles Ducote Trust and The Suzette A.

Ducote Trust, two trusts formed under the laws of the State of Louisiana.

Respectfully submitted,

GLADSTONE N. JONES, III (#22221), T.A.
PETER N. FREIBERG (#22912)
LYNN E. SWANSON (#22650)
ANDREW L. KRAMER (#23817)
JONES, VERRAS & FREIBERG, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Telecopier: (504) 523-2508
**Counsel for Plaintiffs**