


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUCOTE JAX HOLDINGS, L.L.C., | CIVIL ACTION NO. 04-1943 |
| Plaintiff, | c/w   04-3518 |
| versus | |
| | SECTION "L" |
| BANK ONE CORPORATION, et al., | Judge Eldon Fallon |
| Defendants. | MAGISTRATE DIVISION 2 |
| | Mag. Judge Joseph Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * * * * *

THIS PLEADING RELATES TO CIVIL
ACTION NO. 04-1943: *DUCOTE JAX
HOLDINGS, L.L.C. v. BANK ONE
CORPORATION, ET AL*

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**IT IS ORDERED** that all original and amended claims and counterclaims in the captioned matter against defendants JPMorgan Chase Bank, NA as successor to Bank One, NA and American National Bank and Trust Co.; JPMORGAN Investment Advisors Inc. as successor to Banc One Investment Advisors Corporation; American Express Tax and Business Services, Inc., now known as RSM TBS ; and John B. Ohle; III; Jeffrey T. Conrad; and Scott D. Deichmann be and they are hereby dismissed with prejudice, on joint application of the parties.

New Orleans, Louisiana, this 10th day of January, 2006.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X / Dktd_____
✓ CtRmDep_____
Doc. No_____