UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DUCOTE JAX HOLDING LLC                          CIVIL ACTION

VERSUS                                          NO. 04-1943

BANK ONE CORPORATION, ET AL                     SECTION: L

ORDER

Considering the length of time these motions have been pending, IT IS ORDERED that the following motions are DENIED AS MOOT without prejudice to the parties' right to refile: Motion of defendant, William P. Durbin, to Dismiss for Lack of Personal Jurisdiction (70), Motion of defendant, David W. Laney, to Dismiss for Lack of Personal Jurisdiction (72), Motion of defendants, Jenkens & Gilchrist, a Professional Corp. (Texas) and Jenkens & Gilchrist, a Professional Corp. (Illinois), to Compel Arbitration, or Alternatively Motion to Stay Proceedings (74), Motion of defendant, Executive Risk Indemnity, Inc., to Stay Proceedings Pending Arbitration (88), Motion of defendants, John B. Ohle III and Jeffrey T. Conrad, to Stay Proceedings Pending Arbitration (93), Motions of defendants, Bank One, NA nka JP Morgan Chase Bank, NA and Bank One Corporation nka JP Morgan Chase & Co. Dba Bank One Innovative Strategies Group, to Stay Proceedings Pending Arbitration (95), Motion of defendants, Eleanor S. Daugerdas, Thomas P. Guerin, and Jennifer P. Mayer, to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim Upon Which Relief May be Granted (99), Motion of defendants, Paul Daugerdas, Donna M. Guerin and Erwin Mayer, to Dismiss for Lack of Personal Jurisdiction (102), and Motion of defendant, American Express

Tax and Business Services, Inc., to Compel Arbitration, or alternatively, Motion to Stay the Proceedings (128),

    IT IS FURTHER ORDERED that there will be a Status Conference held in chambers on FRIDAY, MARCH 24, 2006, at 8:30 am.

    New Orleans, Louisiana, this \_\_9th\_\_ day of February, 2006.

                                    **ELDON E. FALLON**
                                    **UNITED STATES DISTRICT JUDGE**