# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUCOTE JAX HOLDINGS, LLC, ET AL | CIVIL ACTION |
| VERSUS | NO. 04-1943<br>REF: 04-1943 |
| WILLIAM E. BRADLEY, ET AL | SECTION: L |

## J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered herein on July 6, 2007, and its Order & Reasons entered herein on November 28, 2007, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiffs, Ducote Jax Holdings, LLC, David L. Ducote, Trustee, Steven O. Medo, Jr., Trustee, and Poydras Partners, and against defendant, William E. Bradley, in the amount of Six Million Four Hundred Thirty-Two Thousand Six Hundred and No/100 ($6,432,600.00) Dollars, plus legal interest from the date of judgment and costs in the amount of One Thousand Five Hundred Ninety-Three and 50/100 ($1,593.50) Dollars and attorneys' fees in the amount of Seventy-Four Thousand, One Hundred Fifty-Six and 25/100 ($74,156.25) Dollars.

New Orleans, Louisiana, this __12th__ day of December, 2007

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**